479 A.2d 1099

Commonwealth v. Klingensmith, Appellants.

Submitted February 27, 1984. Philip C. Ursu, Public Defender, for appellants; William J. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Judgments of sentence affirmed.